**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM ODONNELL,<br><br>        Plaintiff,<br><br>        v.<br><br>ACCOR MANAGEMENT US INC.,<br><br>        Defendant. | Civil Action No. 1:26-cv-11613<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: June 4, 2026

Respectfully Submitted,

                EQUAL ACCESS LAW GROUP, PLLC
                *Attorneys for Plaintiff*

                **/s/ Michael Ohrenberger**
                By: Michael Ohrenberger

                4903 Avenue N,
                Brooklyn NY 11234
                O: 844-731-3343
                D: 716-281-5496
                Email: mohrenberger@ealg.law

1