UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**William Odonnell**

**V.**                                    **CIVIL ACTION NO. 1:26-cv-11613-MJJ**

**Accor Management US Inc**

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

**JOUN, D.J.**

   The Court have been advised that the above-entitled action has been settled.

   IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within forty-five **(45) days,** to reopen the action if settlement is not consummated.

                                    /s/ Sophie Phillips
June 4, 2026
                                    **Deputy Clerk**